VÁZQUEZ, APELADA *v.* CENTRAL VANNINA, APELANTE.

APELACIÓN procedente de la Corte de Distrito de San Juan, Distrito Primero, en pleito sobre indemnización de daños y perjuicios.

No. 2755.—Resuelto en julio 12, 1923.

Resuelto por los fundamentos del caso No. 2753 de *Morales* v. *Central Vannina,* de julio 12, 1923.

Abogado de la apelante: *Sr. Damián Monserrat Jr.*

Abogados del apelado: *Sres. Francisco González y Celestino Iriarte Jr.*

Confirmada la sentencia modificándola.

· Jueces concurrentes: Sres. Presidente del Toro y Asociados Wolf, Aldrey, Hutchison y Franco Soto.